UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In the Matter of:

ILENE E. ROBINSON,　　　　　　　　　　　Case No. 10-58067-PJS
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　HON. Phillip J. Shefferly

　　　　　　　Debtor.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

　　　The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Claim # | Claim Name | Amount |
|---|---|---|
| #6 | AT&T | $266.17 |
| #9 | Gila Corporation | $1133.03 |

Dated: July 21, 2011　　　　　　　　　　*/s/ Karen E. Evangelista (P36144)*
　　　　　　　　　　　　　　　　　　　　Karen E Evangelista, Trustee
　　　　　　　　　　　　　　　　　　　　439 S. Main St., Suite 250
　　　　　　　　　　　　　　　　　　　　Rochester, MI 48307
　　　　　　　　　　　　　　　　　　　　(248) 652-7992
　　　　　　　　　　　　　　　　　　　　brewera1008@yahoo.com